**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 271 WAL 2018

          Respondent         :

                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court

          v.                    :

                               :

DOUGLAS V. HINES,              :

            Petitioner       :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.